This document contains some pages that are of poor quality at the time of imaging.

83,909-01

JORDAN CADOREE

✓

State of Texas     CAUSE No.
D1-DC-15-203539

IN THE Court of APPEALS
THIRD District of TEXAS
TRAVIS County TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk

APPEAL
PETITION FOR WRit of MANDAMUS ? Prohibition

TO THE HONORABLE JUDGE Of SAID Court,
COMES NOW JORDAN CADOREE , Re
ABOVE STYLED AND NUMBERED CAUSE, WOULD
MOVE THIS Court to GRANT HIS Petition, AND
IN Support of SAID motion, WOULD SHOW THE
Court THE FOLLOWING,

1   PRETRIAL WRit of HABEAS CORPUS FILED IN THE TRIAL Court, RAISING FEDERAL Statute of Limit-Ations CLAIM,

2   TIME-BARRING PROSECUTION FOR OVER EXPOSURE,

3   FEDERAL PROHIBITION ON TIME-PERIODS EXCEEDING INTERIM LIMITATIONS, AUTHORIZED UNDER UNITED States Codes 18 U.S.C § 3174, 3164, 3162, 3161

4   DENIAL of ACCESS to THE Courts CLAIMS AUTHORIZED UNDER 42 U.S.C § 201, 202, 203,

5   EQUAL PUBLIC ACCOMMODATIONS TITLE of THE CIVIL RIGHTS ACT of 1964 § 901,

6   CLAIMS FOR DISABLING A PRETRIAL DEFAINEE FROM ENFORCING FEDERAL EQUAL RIGHTS IN A State Court JUDICIAL PROCESS, AUTHORIZED BY 42 U.S.C § 1981, 1982, 1983, 1985, 1986,

7   LEGAL IMPAIRMENT UNDER Color of State LAW,

8   CLAIMS FOR INVIDIOUS DISCRIMINATION AGAINST A PRETRIAL DEFAINEE, AUTHORIZED UNDER 18 U.S.C § 241, 242, 245

9   APPELLANT CLAIMS THE States DELAY IN PROSECUTION HAS EXHAUSTED THE Courts JURISDICTION, THEREFORE GRANTING PETITION FOR ORIGINAL WRit of MANDAMUS AND PROHIBITION WOULD BE APPROPRIATE.

PAGE 1

FINDINGS OF FACT AND CONCLUSIONS OF LAW

10   DEFENDANT WAS ARRESTED ON June 16, 2015 AND HELD IN CUSTODY FOR 90 DAYS FOR THE SOLE PURPOSE OF AWAITING TRIAL FOR A SINGLE OFFENSE.

11   DEFENDANT WAS DENIED ACCESS TO THE COURT DAYS.

12   APPELLANT CLAIMS THAT DENIAL OF ACCESS TO THE COURT IS AN OPRESSIVE TACTIC TO SHIFT THE BALANCE OF ADVANTAGE IN FAVOR OF THE STATE, CAUSING A MAXIMUM DESTRUCTIVE IMPACT ON THE LEGAL DEFENSE OF A PRETRIAL DETAINEE.

13   CAUSING ACTUAL IMPAIRMENT OF LEGAL DEFENSE, WITH NO ADEQUATE REMEDY AT LAW, FOR POST DEPRIVATION, AND NO ADEQUATE STATE CORRECTIVE PROCESS.

14   APPELLANT CLAIMS DENIAL OF ACCESS TO THE COURT, FALLS WITHIN THE SCOPE OF TITLE 42 USC § 2000, EQUAL PUBLIC ACCOMMODATIONS TITLE OF THE CIVIL RIGHTS ACT OF 1964 § 901,

15   MAKING IT A FEDERAL OFFENSE TO DENY A FEDERAL LAW PROVIDING A SPECIFIC EQUAL RIGHT IN TERMS OF RACIAL EQUALITY,

16   AND DISABLING A PRETRIAL DETAINEE FROM ENFORCING FEDERAL CIVIL RIGHTS LAWS IN A STATE COURT JUDICIAL PROCESS,

17   MEETS THE CLASS BASE ANIMUS FOR STATING A CLAIM FOR INVIDIOUS DISCRIMINATION AGAINST A PRETRIAL DETAINEE IN TERMS OF RACIAL EQUALITY, 18 U.S.C § 241, 242, 245.

18   IMPAIRMENT UNDER COLOR OF STATE LAW 42 U.S.C § 1981, 1982, 1983, 1985, 1986

# MEMORANDUM AT LAW

## SPEEDY TRIAL TEXAS STYLE

THE DISCHARGE OF A DEFENDANT FOR DENIAL OF SPEEDY TRIAL IS JUSTIFIABLE, WHEN FURTHER PROCEEDINGS AGAINST HIM WOULD HARM THE INTERESTS PROTECTED BY THE SPEEDY TRIAL CLAUSE. U.S. V PROVOO 17 F.R.D. 183, 350 U.S. 857 (1955)

PREJUDICE MUST BE ASSUMED, OR CONSTITUTIONAL RIGHTS WILL BE DENIED WITHOUT REMEDY. DICKEY V FLORIDA 398 U.S. 30

THE DEFENDANT HAD EVERY LIGITAMATE EXPECTATION. TO EXCERCIZE CONSTITUTIONAL RIGHT TO SPEEDY TRIAL, AND IT WAS THE FULL AND COMPLETE DUTY OF THE CHARGING AUTHORITY TO PROVIDE IT.

THE SUPREMECY CLAUSE IMPOSES ON STATE COURTS, A CONSTITUTIONAL DUTY TO PROCEED IN SUCH MANNER THAT ALL SUBSTANTIVE RIGHTS OF THE PARTIES UNDER CONTROLLING FEDERAL LAW ARE PROTECTED. GARRETT V MOORE-MCCORMICK 317 U.S. (1942)

FEDERAL LAW TAKES STATE COURTS AS IT FINDS THEM, ONLY INSOFAR AS THOSE COURTS EMPLOY RULES, THAT DO NOT IMPOSE UNNECESSARY BURDENS UPON RIGHTS AUTHORIZED BY FEDERAL LAWS.

THE FEDERAL STATUTE OF LIMITATIONS PROVIDE A PREDICTABILITY BY SPECIFYING A LIMIT BEYOND WHICH THERE IS AN IRREBUTTABLE PRESUMPTION THAT A DEFENDANTS RIGHT TO A FAIR TRIAL WOULD BE PREJUDICED.

# MEMORANDUM At LAW

## SPEEDY TRIAL TEXAS Style

APPELLANT CLAIMS THE STATES DENIAL of FEDERAL CIVIL RIGHTS LAWS TIMELY ASSERTED IN THE TRIAL COURT ARE A PRIMA FACIE VIOLATION of SUBSTANTIVE DUE PROCESS.

AND THIS Act of ACTUAL PREJUDICE AND DISCRIMINATION CAUSED IMPAIRMENT of LEGAL DEFENSE, WITH NO ADEQUATE REMEDY At LAW FOR POST DEPRIVATION,
AND ABSENTS of ADEQUATE STATE CORRECTIVE PROSESS,

APPELLANT CLAIMS THIS STATE ACTION IS A FEDERAL OFFENSE FALLING WITHIN THE SCOPE of 18 U.S.C § 1981, 1982, EQUAL RIGHTS UNDER the LAW, FOR DEPRIVATION of PROCEDURAL SAFE GUARDS AGAINST IMPAIRMENT UNDER COLOR of STATE LAW,

APPELLANT ALSO CLAIMS THE ABRIDGEMENT of THE TEXAS SPEEDY TRIAL Act, 2005 Act 79th LEG. CH. 1019 § 2, Effective JUNE 18, 2005 DISCRIMINATES AGAINST FEDERAL CIVIL RIGHTS LAWS

LEAVING APPELLANTS ONLY ADEQUATE REMEDY At LAW WRIT FOR MANDAMUS, To DISMISS INDICTMENT DUE to IMPAIRMENT UNDER COLOR of STATE LAW.
AND ORIGINAL WRIT of PROHIBITION to DISCHARGE PROSECUTION WITH PREJUDICE FOR DEPRIVATION of FEDERAL CIVIL RIGHTS UNDER COLOR of STATE LAW,
A FEDERAL OFFENSE UNDER 42 U.S.C § 1983

# PRAYER FOR RELIEF

WITH ALL THESE DEFINITE FEDERAL LAWS INVOKED, THAT UNQUESTIONABLY APPLY TO THE INDISPUTABLE FACTS HEREIN, CLEARLY DEMONSTRATE A LEGAL ENTITLEMENT AND CONSTITUTIONAL RIGHT TO RELIEF?

AND GRANTING THIS APPEAL FOR JUSTICE, A PURELY MINISTERIAL ACT?

AND IN THE INTEREST OF FEDERAL JUSTICE?

APPELLANT RESPECTFULLY PRAY THAT THIS COURT GRANT HIS PETITION FOR ORIGINAL

WRIT OF MANDAMUS, TO DISMISS INDICTMENT,

WRIT OF PROHIBITION, TO DISCHARGE PROSECUTION WITH PREJUDICE.

## DECLARATION

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THE FOREGOING IS TRUE AND CORRECT, TITLE 28 U.S.C § 1748

SIGNED THIS            DAY of SEP 7,        2015

Jordan Cadoree

RESPECTFULLY
                    SUBMITTED

SIGNED,

# CERTIFICATE OF SERVICE

I hereby certify that on this the ___17___ day of __September, 2015__, a true and correct copy of the above and foregoing ___Document___ was forwarded to the office of the ~~Bexar~~ TRAVIS County District Attorney, ~~Criminal Justice Center, 300 Dolorosa, San Antonio,~~ Texas ~~78205.~~ P.O. BOX 1748, AUSTIN 78767

_____
Defendant

# ORDER

On this the _____ day of _____, _____, came on to be heard Defendant's _____, and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed on this the _____ day of _____, _____.

_____
JUDGE PRESIDING

6